**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| HOTEL FURNITURE LIQUIDATORS OF PHILADELPHIA, INC., | : No. 222 EAL 2016 |
| Respondent | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| CASTOR AVENUE PROPERTIES, LLC, | |
| Petitioner | |
| HOTEL FURNITURE LIQUIDATORS OF PHILADELPHIA, INC., | : No. 223 EAL 2016 |
| Respondent | : Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | |
| CASTOR AVENUE PROPERTIES, LLC, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.